Commonwealth ex rel. Gamble, Appellant, *v.* Gamble.

Argued June 10, 1974. *Edward K. Nichols, Jr.,* with him *Nichols and Nichols,* for appellant; *Edward N. Barol,* with him *Kanner, Stein & Barol,* for appellee.

Order affirmed.

Commonwealth ex rel. Lebowitz *v.* Lebowitz, Appellant.

Argued June 10, 1974. *Dean B. Stewart, Jr.,* with him *McTighe, Brown, Weiss, Bonner & Stewart,* for appellant; *John E. Landis,* with him *Landis, Williams & Kerns,* for appellee.

Order affirmed.

Commonwealth ex rel. Milligan, Appellant, *v.* Angelico.

Argued June 11, 1974. *James S. Kilpatrick, Jr.,* with him *Haws & Burke,* for appellant; *Donald J. Martin,* with him *Andrew L. Braunfeld,* and *Waters, Fleer, Cooper & Gallager,* for appellee.

Order affirmed.

JACOBS and PRICE, JJ., absent.